UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOMMY BROWN,<br>    *on their behalf and on behalf of other*<br>    *similarly situated persons*,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANSWORLD SYSTEMS, INC.; PATENAUDE & FELIX, APC; U.S. BANK, NA; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1; and NATIONAL | CASE NO.:<br><br>**DECLARATION OF BRADLEY LUKE IN SUPPORT OF NOTICE OF REMOVAL** |

DECLARATION OF BRADLEY LUKE
IN SUPPORT OF NOTICE OF REMOVAL – 1

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

COLLEGIATE STUDENT LOAN TRUST 2007-2,

Defendants.

I, BRADLEY LUKE, declare:

1. I am Director of Operations for Transworld Systems Inc. ("TSI"), the Subservicer and dedicated record custodian for National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2 (collectively, the "Trusts") with respect to defaulted student loans owned by those entities.

2. Through my employment with TSI, I am authorized to make this Declaration for and on behalf of TSI and the Trusts.

3. I am over the age of 18 and have personal knowledge of each of the matters set forth in this Declaration, and if called as a witness, would testify competently to them.

4. As Subservicer and dedicated record custodian for the Trusts with respect to defaulted student loans owned by those entities, TSI maintains the dedicated system of record pertaining to the Trusts' student loans, including, but not necessarily limited to, student loan applications and agreements, loan origination documents, demographical information for borrowers and cosigners, disbursements, payments, credits, deferments, interest accrual and any other records or transactions that could impact the servicing of the student loans.

DECLARATION OF BRADLEY LUKE
IN SUPPORT OF NOTICE OF REMOVAL – 2

Corr Cronin LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

5. Between April 3, 2016 and April 6, 2020, the Trusts' loan records reflect that more than 700 residents of the State of Washington were communicated with directly or indirectly relating to a defaulted student loan owned by one of the Trusts.

6. As of April 6, 2020, the total outstanding loan balance, including principal and accrued interest, for the defaulted student loans described in ¶ 5 is in excess of $23,000,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of May, 2020 at Peachtree Corners, Georgia.

*[signature]*
BRADLEY LUKE

DECLARATION OF BRADLEY LUKE
IN SUPPORT OF NOTICE OF REMOVAL – 3

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900