UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOMMY BROWN,<br>    *on their own behalf and on behalf of other similarly situated persons*,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSWORLD SYSTEMS, INC.; PATENAUDE & FELIX, APC; U.S. BANK, NA; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1; and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2,<br><br>    Defendants. | **CASE NO.:**<br><br>**NOTICE TO THE CLERK OF THE FEDERAL COURT AND TO ADVERSE PARTY OF FILING NOTICE OF REMOVAL OF CIVIL ACTION TO STATE COURT** |

NOTICE TO THE CLERK OF THE FEDERAL COURT AND TO ADVERSE PARTY OF FILING NOTICE OF REMOVAL OF CIVIL ACTION TO STATE COURT – 1

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

TO: CLERK OF THE COURT

AND TO: PLAINTIFF, ABOVE NAMED, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Notice of Removal filed in the United States District Court for the Western District of Washington on May 4, 2020 was filed with the King County Superior Court, Case No. 20-2-07499-3 SEA.

Dated: May 5, 2020

CORR CRONIN LLP

s/ Emily J. Harris
Emily J. Harris, WSBA No. 35763
Benjamin C. Byers, WSBA No. 52299
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
eharris@corrcronin.com
bbyers@corrcronin.com

SESSIONS, FISHMAN, NATHAN & ISRAEL

Bryan C. Shartle, Esq. (*PHV forthcoming*)
Justin H. Homes, Esq. (*PHV forthcoming*)
Bradley J. St. Angelo, Esq. (*PHV forthcoming*)
Lakeway Two
3850 North Causeway Boulevard, Suite 200
Metairie, LA 70002-7227
(504) 828-3700 Phone
(504) 828-3737 Fax

*Attorneys for Transworld Systems Inc.*

PERKINS COIE

s/ Kristine E. Kruger
Kristine E. Kruger, WSBA No. 44612
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: KKruger@perkinscoie.com

---

NOTICE TO THE CLERK OF THE FEDERAL COURT AND TO ADVERSE PARTY OF FILING NOTICE OF REMOVAL OF CIVIL ACTION TO STATE COURT – 2

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

*Attorneys for Defendants U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2*

JONES DAY

Albert J. Rota (*PHV forthcoming*)
2727 North Harwood St.
Dallas, TX 75201
(214) 220-3939  Phone
(214) 969-5100  Fax
ajrota@jonesday.com

*Attorneys for U.S. Bank National Association*

LEE SMART, P.S., INC.

s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

*Attorney for Patenaude & Felix, APC*

NOTICE TO THE CLERK OF THE FEDERAL COURT AND TO ADVERSE PARTY OF FILING NOTICE OF REMOVAL OF CIVIL ACTION TO STATE COURT  – 3

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900