UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOMMY BROWN,<br>    *on their [sic] behalf and on behalf of*<br>    *other similarly situated persons*,<br><br>        Plaintiff,<br><br>       v.<br><br>TRANSWORLD SYSTEMS, INC.; PATENAUDE & FELIX, APC; U.S. BANK, NA; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1; and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2,<br><br>        Defendants. | **CASE NO.:  2:20-cv-00680**<br><br>**DEFENDANT TRANSWORLD SYSTEMS INC.'S CORPORATE DISCLOSURE STATEMENT** |

DEFENDANT TRANSWORLD SYSTEMS INC.'S CORPORATE
DISCLOSURE STATEMENT – 1

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**DEFENDANT, TRANSWORLD SYSTEMS INC.'S,
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant, Transworld Systems, Inc., through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, hereby submits its Corporate Disclosure Statement and states:

1.      Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2.      Transworld Systems Inc. is a wholly owned subsidiary of Aston Acquisition Corp.

Dated:  May 6, 2020                    CORR CRONIN LLP

                                        s/ Benjamin C. Byers
                                        Emily J. Harris, WSBA No. 35763
                                        Benjamin C. Byers, WSBA No. 52299
                                        1001 Fourth Avenue, Suite 3900
                                        Seattle, WA  98154-1051
                                        eharris@corrcronin.com
                                        bbyers@corrcronin.com

                                        SESSIONS, FISHMAN, NATHAN & ISRAEL

                                        Bryan C. Shartle, Esq. (*PHV forthcoming*)
                                        Justin H. Homes, Esq. (*PHV forthcoming*)
                                        Bradley J. St. Angelo, Esq. (*PHV forthcoming*)
                                        Lakeway Two
                                        3850 North Causeway Boulevard, Suite 200
                                        Metairie, LA 70002-7227
                                        (504) 828-3700 Phone
                                        (504) 828-3737 Fax

                                        *Attorneys for Transworld Systems, Inc.*

DEFENDANT TRANSWORLD SYSTEMS INC.'S CORPORATE
DISCLOSURE STATEMENT – 2

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

The undersigned certifies as follows:

1.      I am employed at Corr Cronin LLP, attorneys for Defendant Transworld Systems Inc. herein.

2.      On May 6, 2020, I caused a true and correct copy of the foregoing document to be served on the following parties in the manner indicated below:

Christina L. Henry                                     ☒  Via CM/ECF
HENRY & DEGRAAFF, P.S.                        ☐  Via U.S. Mail
787 Maynard Ave S                                    ☐  Via Messenger Delivery
Seattle, WA 98104-2987                             ☐  Via Overnight Courier
Phone: (206)  330-0595                              ☐  Via electronic mail
Email: chenry@HDM-legal.com
*Attorneys for Plaintiffs*

Kristine E. Kruger                                      ☒  Via CM/ECF
PERKINS COIE                                          ☐  Via U.S. Mail
1201 Third Avenue, Suite 4900                  ☐  Via Messenger Delivery
Seattle, WA  98101-3099                           ☐  Via Overnight Courier
Phone: (206) 359-8000                              ☐  Via electronic mail
Email:  KKruger@perkinscoie.com
*Attorneys for Defendants Trusts*

Marc Rosenberg                                         ☒  Via CM/ECF
LEE SMART, P.S., INC.                             ☐  Via U.S. Mail
1800 One Convention Place, 701 Pike St.    ☐  Via Messenger Delivery
Seattle, WA 98101-3929                            ☐  Via Overnight Courier
Phone: (206) 624-7990                              ☐  Via electronic mail
Email: mr@leesmart.com
*Attorneys for Defendant Patenaude & Felix,
APC*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  May 6, 2020, at Seattle, Washington.

*s/ Christy A. Nelson*
Christy A. Nelson

DEFENDANT TRANSWORLD SYSTEMS INC.'S CORPORATE
DISCLOSURE STATEMENT – 3

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900