UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

TOMMY BROWN, on their own behalf and on behalf of other similarly situated persons,

Plaintiff,

vs.

TRANSWORLD SYSTEMS, INC., *et al.*,

Defendants.

No. 2:20-cv-00680

DEFENDANT PATENAUDE & FELIX, APC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Defendant Patenaude & Felix, APC makes the following corporate disclosure:

1. Does the party have a parent corporation?

[ ___ ] Yes   [ _X_ ] No.

If yes, the parent corporation is N/A.

2. Is 10% or more of the stock of the party owned by a publicly owned corporation?

[ ___ ] Yes   [ _X_ ] No.

If yes, identify all such owners: N/A

///
//
/

DEFENDANT PATENAUDE & FELIX, APC'S
CORPORATE DISCLOSURE STATEMENT - 1
2:20-cv-00680
6671463.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| | |
|---|---|
| 1 | DATED this 6th day of May, 2020. |
| 2 | |
| 3 | LEE SMART, P.S., INC. |
| 4 | By: s/ Marc Rosenberg<br>Marc Rosenberg, WSBA No. 31034<br>Of Attorney for Defendant |
| 5 | Patenaude & Felix, A.P.C. |
| 6 | 701 Pike Street, Suite 1800<br>Seattle, WA  98101 |
| 7 | 206-624-7990<br>mr@leesmart.com |

DATED this 6th day of May, 2020.

                LEE SMART, P.S., INC.

                By: s/ Marc Rosenberg
                     Marc Rosenberg, WSBA No. 31034
                     Of Attorney for Defendant
                     Patenaude & Felix, A.P.C.

                     701 Pike Street, Suite 1800
                     Seattle, WA  98101
                     206-624-7990
                     mr@leesmart.com

DEFENDANT PATENAUDE & FELIX, APC'S
CORPORATE DISCLOSURE STATEMENT - 2
2:20-cv-00680
6671463.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle ·WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individual(s):

| | |
|---|---|
| Christina Henry | chenry@hdm-legal.com |
| James Schultz | jschultz@sessions.legal |
| Bradley St. Angelo | bstangelo@session.legal |
| Bryan C. Shartle | bshartle@sessions.legal |
| Emily Harris | eharris@corrcronin.com |
| Benjamin C. Byers | bbyers@corrcronin.com |
| Albert J. Rota | ajrota@jonesday.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

DATED this 6th day of May, 2020, at Seattle, Washington.

LEE SMART, P.S., INC.

By:/s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorney for Defendant
Patenaude & Felix, APC

701 Pike Street, Suite 1800
Seattle, WA 98101
206-624-7990
mr@leesmart.com

DEFENDANT PATENAUDE & FELIX, APC'S
CORPORATE DISCLOSURE STATEMENT - 3
2:20-cv-00680
6671463.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944