THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMY BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00680-RAJ<br><br>DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S AMENDED CORPORATE DISCLOSURE STATEMENT |

Defendant U.S. Bank National Association ("U.S. Bank") states in accordance with Rule 7.1 of the Federal Rules of Civil Procedure as follows:

U.S. Bank is a wholly owned subsidiary of U.S. Bancorp, a publicly held corporation. U.S. Bancorp has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S AMENDED CORPORATE DISCLOSURE STATEMENT (No. 2:20-cv-00680-RAJ) –1
148291619.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 21, 2020 | By: s/ Kristine E. Kruger |
| | | By: s/ Thomas N. Abbott |
| 3 | | Kristine E. Kruger #44612 |
| | | Thomas N. Abbott #53024 |
| 4 | | **Perkins Coie LLP** |
| | | 1201 Third Avenue, Suite 4900 |
| 5 | | Seattle, WA  98101-3099 |
| | | Telephone:  206.359.8000 |
| 6 | | Facsimile:  206.359.9000 |
| | | Email:   KKruger@perkinscoie.com |
| 7 | | Email:   TAbbott@perkinscoie.com |

*Attorneys for Defendants*

*U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2*

JONES DAY

By: s/ Albert J. Rota
Albert J. Rota, *Pro Hac Vice*
2727 North Harwood St.
Dallas, TX 75201
Office +1.214.969.3698
Fax +1.214.969.5100
ajrota@jonesday.com

*Attorneys for Defendant*

*U.S. Bank National Association*

DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S AMENDED CORPORATE DISCLOSURE STATEMENT (No. 2:20-cv-00680-RAJ) –2
148291619.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury under the laws of the United States that on the date below, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of records.

DATED at Seattle, Washington this 21st day of May, 2020.

/s/ Kate Johnson
Kate Johnson, Legal Practice Assistant

DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S AMENDED CORPORATE DISCLOSURE STATEMENT (No. 2:20-cv-00680-RAJ) –3
148291619.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000