THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMY BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00680-RAJ<br><br>DEFENDANTS NATIONAL COLLEGIATE STUDENT LOAN TRUSTS' AMENDED CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants National Collegiate Student Loan Trust 2004-1; National Collegiate Student Loan Trust 2004-2; National Collegiate Student Loan Trust 2005-1; National Collegiate Student Loan Trust 2005-2; National Collegiate Student Loan Trust 2005-3; National Collegiate Student Loan Trust 2006-1; National Collegiate Student Loan Trust 2006-2; National Collegiate Student Loan Trust 2007-1; National Collegiate Student Loan Trust 2007-2; (the "NCSLTs") hereby advises the court that each NCSLT is a Delaware Statutory Trust, 12 Del. C. § 3801, *et seq*. The NCSLTs have no parent corporation and no publicly held corporation owns 10% or more of its stock.

DEFENDANTS NATIONAL COLLEGIATE STUDENT
LOAN TRUSTS' AMENDED CORPORATE
DISCLOSURE STATEMENT (No. 2:20-cv-00680-RAJ) –1
148301124.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

|   |   |
|---|---|
| 1 | The undersigned counsel was retained to represent the NCSLTs by U.S. Bank National Association ("U.S. Bank"), in its capacity as Successor Special Servicer, and hereby advises the court that U.S. Bank is a wholly owned subsidiary of U.S. Bancorp, a publicly held corporation. U.S. Bankcorp has no parent corporation, and no publicly held corporation owns 10% or more of its stock. |

DATED: May 22, 2020

By: s/ Kristine E. Kruger
By: s/ Thomas N. Abbott
Kristine E. Kruger #44612
Thomas N. Abbott #53024
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  KKruger@perkinscoie.com
            TAbbott@perkinscoie.com

DEFENDANTS NATIONAL COLLEGIATE STUDENT
LOAN TRUSTS' AMENDED CORPORATE
DISCLOSURE STATEMENT (No. 2:20-cv-00680-RAJ) –2

148301124.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury under the laws of the United States that on the date below, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of records.

DATED at Seattle, Washington this 22nd day of May, 2020.

/s/ Kate Johnson
Kate Johnson, Legal Practice Assistant

DEFENDANTS NATIONAL COLLEGIATE STUDENT LOAN TRUSTS' AMENDED CORPORATE DISCLOSURE STATEMENT (No. 2:20-cv-00680-RAJ) –3
148301124.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000