HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Tommy Brown,<br><br>            Plaintiff,<br><br>  v.<br><br>Transworld Systems Inc., et al.,<br><br>            Defendants. | CASE NO.  CV20-680 RAJ<br><br>MINUTE ORDER |

    The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

    This action is reassigned to the Honorable Robert S. Lasnik because it is related to Case No. CV 20-669 RSL.  This reassignment is ordered pursuant to this District's policy to transfer cases presenting common questions of fact or law to the judge to whom the earliest-filed case was assigned.  *See* General Order No. 06-12 at ¶ 10 (W.D. Wash. Dec. 19, 2012).

All pleadings filed in the future shall bear case numbers CV 20-680 RSL.

    Dated this 2nd day of June, 2020.

               WILLIAM M. McCOOL
               Clerk

               s/ MICHAEL WILLIAMS
               Deputy Clerk

MINUTE ORDER – 1