THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMY BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00680-RSL<br><br>STIPULATION AND ORDER TO STAY THIS ACTION EXCEPT FOR PURPOSE OF CONDUCTING LIMITED JURISDICTIONAL DISCOVERY |

## STIPULATION

After the Parties' meet and confer on June 5, 2020 to discuss various issues related to Plaintiff's Motion for Extension of Time to File Motion to Remand and Request for Limited Discovery and several subsequent communications, Plaintiff Tommy Brown ("Plaintiff") and Defendants Transworld Systems Inc. ("TSI"), Patenaude & Felix, APC ("P&F"), U.S. Bank National Association ("U.S. Bank"), National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2

Stipulation and Order to Stay This Action Except For Purpose of Conducting Limited Jurisdictional Discovery - 1

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S
SEATTLE, WASHINGTON  98104
telephone (206) 330-0595
fax (206) 400-7609

(collectively, "the Trusts," and together with TSI, P&F, and U.S. Bank, "Defendants"), hereby stipulate and agree, subject to the Court's approval, to (A) stay this matter and continue all deadlines for the purpose of determining (i) whether or not this Court's limited jurisdiction exists and (ii) conducting jurisdictional discovery, limited to the specific areas identified below, concerning the Trusts' citizenship; and (B) that Plaintiff's Motion for Extension of Time to File Motion to Remand and Request for Limited Discovery (Dkt. [48]) is withdrawn.

Specifically, the Parties agree that, for a period of ninety days from approval of this Stipulation by the Court, they may seek jurisdictional discovery from Parties and non-parties identifying the (i) citizenship of the Trusts, (ii) their beneficial owners (as that term is defined by 12 Del. C. s. 3801), and (iii) the citizenship of all members of any beneficial owners. The Ninth Circuit has explained that "'discovery should ordinarily be granted where pertinent facts bearing on the question of jurisdiction are controverted or where a more satisfactory showing of the facts is necessary.' *Butcher's Union Local No. 498 v. SDC Inv., Inc.,* 788 F.2d 535, 540 (9th Cir.1986) (citation omitted)." *Laub v. U.S. Dep't of Interior*, 342 F.3d 1080, 1093 (9th Cir. 2003).

The Parties further agree that Plaintiff's deadline to timely move to remand this action, if necessary, after the jurisdictional discovery is obtained in relation to the Trusts' citizenship, shall be extended to September 21, 2020 to move to remand this action to the state court and hereby stipulate and agree, subject to the Court's approval, to stay this matter and continue all deadlines until after the Court has entered an order on any motion to remand that may be subsequently filed by Plaintiff (or withdrawn as appropriate).

By agreeing to this stipulation, the Parties do not waive the right to object to any specific discovery propounded and the stay of proceedings as described in this stipulation shall not bar the Parties or any non-party's right to file any jurisdictional discovery-related motions or seek any jurisdictional discovery-related relief in relation to the Trusts' citizenship.

DATED: June 17, 2020

Stipulation and Order to Stay This Action Except For Purpose of Conducting Limited Jurisdictional Discovery - 2

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

| | |
|---|---|
| HENRY & DEGRAAFF, P.S. | CONSUMER LAW CENTER, LLC |
| By: /s/ Christina L. Henry<br>Christina L. Henry, WSBA No. 31273<br>787 Maynard Ave S<br>Seattle, WA 98104<br>Telephone: 206.330.0595<br>Facsimile: 206.400.7609<br>chenry@HDM-legal.com | By: /s/ Phillip Robinson<br>Phillip Robinson, *Pro Hac Vice*<br>8737 Colesville Road, Suite 308<br>Silver Spring, MD 20910<br>phillip@marylandconsumer.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |
| BORISON FIRM, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL |
| By: /s/ Scott Borison<br>Scott Borison, *Pro Hac Vice*<br>1900 S. Norfolk St., Suite 350<br>San Mateo, CA 94403<br>scott@borisonfirm.com | By: /s/ Bryan C. Shartle, Esq.<br>Bryan C. Shartle, *Pro Hac Vice*<br>Justin Homes, *Pro Hac Vice*<br>Bradley St. Angelo, *Pro Hac Vice*<br>3850 North Causeway Boulevard, Suite 200<br>Metairie, LA 70002<br>bshartle@sessions.legal<br>jhomes@sessions.legal<br>bstangelo@sessions.legal |
| *Counsel for Plaintiff* | *Attorneys for Transworld Systems Inc.* |
| CORR CRONIN LLP | JONES DAY |
| By: /s/ Emily J. Harris<br>Emily J. Harris, WSBA No. 35763<br>Benjamin C. Byers, WSBA No. 52299<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>eharris@corrcronin.com<br>bbyers@corrcronin.com | By: Albert J. Rota<br>Albert J. Rota, *Pro Hac Vice*<br>2727 North Harwood St.<br>Dallas, TX 75201<br>ajrota@jonesday.com |
| *Attorneys for Transworld Systems Inc.* | *Attorneys for U.S. Bank National Association* |

Stipulation and Order to Stay This Action Except For Purpose of Conducting Limited Jurisdictional Discovery - 3

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

| | |
|---|---|
| PERKINS COIE LLP | LEE SMART, P.S., INC. |
| By: /s/ Kristine E. Kruger<br>Kristine E. Kruger, WSBA No. 44612<br>Thomas N. Abbott, WSBA No. 53024<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>KKruger@perkinscoie.com | By: /s/ Marc Rosenberg<br>Marc Rosenberg, WSBA No. 31034<br>1800 One Convention Place<br>701 Pike St.<br>Seattle, WA 98101<br>Mr@leesmart.com |
| *Attorneys for Defendants U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2* | *Attorneys for Patenaude & Felix, APC* |

Stipulation and Order to Stay This Action Except For Purpose of Conducting Limited Jurisdictional Discovery - 4

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

# ORDER

IT IS SO ORDERED. The amended deadlines are as follows:

1. Plaintiff's deadline to timely move to remand this action, if necessary, shall be extended to September 21, 2020.
2. The Parties may seek limited jurisdictional discovery regarding (i) the citizenship of the Trusts, (ii) their beneficial owners (as that term is defined by 12 Del. C. s. 3801), and (iii) the citizenship of all members of any beneficial owners.
3. Except as to any discovery-related disputes as may arise, this matter is stayed, and all deadlines are continued until after the Court has entered an order on any motion to remand subsequently filed by Plaintiff.

DATED this 24th day of June, 2020.

*/s/ Robert S. Lasnik*
_____
Honorable Robert S. Lasnik

Order to Stay This Action Except For Purpose of
Conducting Limited Jurisdictional Discovery - 1

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609