THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMY BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00680-RSL<br><br>DECLARATION OF ALBERTO N. MORIS, AS MANAGING AGENT OF PATHMARK ASSOCIATES, LLC AND CECE & CO. LTD., LLC |

ALBERTO N. MORIS, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the managing agent of Pathmark Associates, LLC ("Pathmark") and CECE & Co. Ltd., LLC ("CECE"). In my role, I have access to the records of Pathmark and CECE. I make this declaration with the required authority of both Pathmark and CECE and based on my personal knowledge and review of Pathmark's and CECE's business records kept in the normal course of their business operations.

2. This declaration is being given as written testimony in lieu of either Pathmark or CECE appearing for remote, video and oral depositions by their authorized representative(s) on the jurisdictional questions pending before the Court.

3. Pathmark is a Delaware Limited Liability Company whose sole member is CECE.

4. CECE is a Delaware Limited Liability Company whose sole member is Highland Undertakings, LLC, a Nevis Limited Liability Company ("Highland").

5. Highland has two members who are individuals. Both individuals are citizens of foreign countries. Neither individual is a citizen of the United States or the State of Washington.

6. I am contractually prohibited from identifying the identities of Highland's two members. If either Pathmark or CECE appears for a deposition, their designee witness(es) would also be contractually prohibited from identifying the identities of Highland's two members.

7. Because of the contractual obligations identified above, neither Pathmark nor CECE have disclosed to Plaintiff, Defendants, or their counsel the identities of Highland's two members.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**EXECUTED** on this 18th day of September 2020 at Doral, Florida.

_____
Alberto N. Moris

DECLARATION OF ALBERTO N. MORIS
(No. 2:20-cv-00680-RSL) –2