THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMY BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>    Defendants. | No. 2:20-cv-00680-RSL<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND<br><br>NOTE ON MOTION CALENDAR:<br><br>OCTOBER 16, 2020<br><br>*ORAL ARGUMENT REQUESTED* |

This matter came before the Court on Plaintiff's Motion to Remand ("Motion"). The Court has considered the record before it, including the papers filed in support of and in opposition to the Motion and heard the arguments of counsel, if any, and is fully advised in the premises. Upon this consideration,

IT IS HEREBY ORDERED that Plaintiff's Motion is DENIED.

DATED this _____ day of _____, 2020.

_____
The Honorable Robert S. Lasnik
United States District Judge

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   Presented by:

2   JONES DAY

3   By: */s/ Albert J. Rota*
    Albert J. Rota, Pro Hac Vice
4   2727 North Harwood St.
    Dallas, TX 75201
5   ajrota@jonesday.com

6   *Attorneys for Defendant*
    *U.S. Bank National Association*
7

8   PERKINS COIE LLP

    *By:  s/ Kristine E. Kruger*
9   *By:  s/ Thomas N. Abbott*
    Kristine E. Kruger #44612
10   Thomas N. Abbott #53024
    1201 Third Avenue, Suite 4900
11   Seattle, WA  98101-3099
    Email: KKruger@perkinscoie.com
12   Email: TAbbott@perkinscoie.com

13   *Attorneys for Defendants*
    *U.S. Bank National Association and U.S.*
14   *Bank National Association, National*
    *Collegiate Student Loan Trust 2004-1,*
15   *National Collegiate Student Loan Trust*
    *2004-2, National Collegiate Student Loan*
16   *Trust 2005-1, National Collegiate Student*
    *Loan Trust 2005-2, National Collegiate*
17   *Student Loan Trust 2005-3, National*
    *Collegiate Student Loan Trust 2006-1,*
18   *National Collegiate Student Loan Trust*
    *2006-2, National Collegiate Student Loan*
19   *Trust 2007-1, National Collegiate Student*
    *Loan Trust 2007-2*
20

21   SESSIONS, FISHMAN, NATHAN & ISRAEL

22   By: */s/ Bryan C. Shartle, Esq.*
    Bryan C. Shartle, *Pro Hac Vice*
23   Justin Homes, *Pro Hac Vice*
    Bradley St. Angelo, *Pro Hac Vice*
24   3850 North Causeway Boulevard, Suite 200
    Metairie, LA 70002
25   bshartle@sessions.legal
    jhomes@sessions.legal
26   bstangelo@sessions.legal

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION TO REMAND
(No. 2:20-cv-00680-RSL) –2
149816660.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

CORR CRONIN LLP

2

By: */s/ Emily J. Harris*
Emily J. Harris, WSBA No. 35763
Benjamin C. Byers, WSBA No. 52299
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
eharris@corrcronin.com
bbyers@corrcronin.com

3

4

5

6

*Attorneys for Transworld Systems Inc.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION TO REMAND
(No. 2:20-cv-00680-RSL) –3
149816660.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

I hereby certify under the penalty of perjury under the laws of the United States that on the date below, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of records.

DATED at Seattle, Washington this 13th day of October, 2020.

/s/ Kate Johnson
Kate Johnson, Legal Practice Assistant

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION TO REMAND
(No. 2:20-cv-00680-RSL) –1
149816660.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000