# EXHIBIT C

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois  60604

October 13, 2020

**By the Court:**

| | |
|---|---|
| DAPHNE SMITH, | ] Appeal from the United |
|     Plaintiff-Appellant, | ] States District Court for |
| | ] the Eastern District of |
| No. 19-2084        v. | ] Wisconsin. |
| | ] |
| RECORDQUEST LLC, | ] No. 2:19-cv-00025-LA |
|     Defendant-Appellee. | ] |
| | ] Lynn Adelman, |
| | ]     Judge. |

### O R D E R

The jurisdictional statement in the brief of appellant does not comply with Circuit Rule 28(a)(1), which provides in part: "If jurisdiction depends on diversity of citizenship, the statement shall identify the jurisdictional amount and the citizenship of each party to the litigation.  If any party is a corporation, the statement shall identify both the state of incorporation and the state in which the corporation has its principal place of business.  If any party is an unincorporated association or partnership the statement shall identify the citizenship of all members."

Appellant claims that the district court's jurisdiction is based on diversity under 28 U.S.C. § 1332.  Appellant, however, fails to identify, <u>by name</u>, the identity of all the members of defendant Recordquest LLC.  Appellant must provide this information.  *See Hicklin Engineering, L.C. v. R.J. Bartell*, 439 F.3d 346, 347-48 (7th Cir. 2006) (citizenship of a limited liability company is that of its members).  It is insufficient to state that all of its members were "citizens of South Carolina."  And remember, the citizenship of such unincorporated association must be traced through however many

No. 19-2084                                                                                          Page 2

layers of members there may be.  *Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002).  Accordingly,

      IT IS ORDERED that appellant file a paper captioned "Amended Jurisdictional Statement" no later than October 20, 2020, that provide the omitted information noted above and otherwise complies with all the requirements of Circuit Rule 28(a).

      IT IS FURTHER ORDERED, that the Clerk DISTRIBUTE, along with the briefs in this appeal, copies of this order and appellant's "Amended Jurisdictional Statement" to the assigned merits panel.