THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOMMY BROWN, individually and on behalf of all other persons similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSWORLD SYSTEMS, INC., et al.,<br><br>Defendants. | CASE NO. 2:20-cv-00680-RSL<br><br>**PRAECIPE RE DKT NO. 74**<br><br>**NOTE FOR MOTION CALENDAR:**<br><br>**October 16, 2020** |

COMES NOW Plaintiff Tommy Brown, individually and on behalf of all other persons similarly situated, through counsel, requests that the court accept the attached Praecipe to correct Dkt No. 74 as follows:

<u>Originally Filed Caption</u>　　　　　　<u>Corrected Caption</u>

Plaintiff's Reply to the Defendant　　　Declaration of Christina L Henry
Trusts' Opposition to Motion to　　　　in Support of Plaintiff's Reply to
Remand (ECF 67)　　　　　　　　　　the Defendant Trusts' Opposition
　　　　　　　　　　　　　　　　　　to Motion to Remand (ECF 67)

Additionally, the footer in that document is corrected to match the corrected caption above. The exhibits originally filed as 74-1, 74-2, and 74-3 remain the same.

| | |
|---|---|
| 1 | |
| 2 | Dated this 1st day of June 2021. |
| 3 | |
| 4 | _/s/ Christina L Henry_ |
| | Christina L Henry, WSBA 31273 |
| 5 | HENRY & DEGRAAFF, PS |
| | Counsel for Plaintiffs |
| 6 | 119 1st Ave S, Ste 500 |
| | Seattle, WA 98104 |
| 7 | 206-330-0595 Fax 206-400-7609 |
| | _chenry@hdm-legal.com_ |