Hon. David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TOMMY BROWN, on their own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSWORLD SYSTEMS, INC., PATENAUDE & FELIX, APC; U.S. BANK, NA. NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2,<br><br>Defendants. | No. 2:20-cv-00680-DGE<br><br>DECLARATION REQUESTING JUDICIAL NOTICE |

Marc Rosenberg states and declares as follows:

1. I am an attorney for defendant Patenaude & Felix, APC. I am competent to testify, and do so from personal knowledge.

DECLARATION REQUESTING JUDICIAL NOTICE - 1
2:20-cv-00680-DGE
6940818.doc

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

2. Pursuant to Fed.R.Evid. 201, I request that this Court take judicial notice of the attached documents, which are on file with King County Superior Court in the underlying lawsuit *National Collegiate Student Loan Trust 2007-2 v. Brown*, King County Superior Court cause no. 19-2-09402-8-KNT.

3. The attached exhibits are true and correct copies of the originals.

**Exhibit 1**. Affidavit of Bradley Luke

**Exhibit 2**. Order on Summary Judgment

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 1st day of March, 2022.

LEE SMART, P.S., INC.

By: s/ Marc Rosenberg
    Marc Rosenberg, WSBA No. 31034
    Of Attorneys for Defendant
    Patenaude & Felix, APC

    1800 One Convention Place
    701 Pike Street
    Seattle, WA 98101-3929
    (206) 624-7990
    mr@leesmart.com

DECLARATION REQUESTING JUDICIAL NOTICE - 2
2:20-cv-00680-DGE
6940818.doc

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individual(s):

| | |
|---|---|
| Christina Henry | chenry@hdm-legal.com |
| Phillip Robinson | phillip@marylandconsumer.com |
| Scott C. Borison | scott@borisonfirm.com |
| Bradley St. Angelo | bstangelo@session.legal |
| Bryan C. Shartle | bshartle@sessions.legal |
| Justin Homes | jhomes@sessions.legal |
| Emily Harris | eharris@corrcronin.com |
| Benjamin C. Byers | bbyers@corrcronin.com |
| Albert J. Rota | ajrota@jonesday.com |
| Kristine E. Kruger | kkruger@perkinscoie.com |
| Thomas N. Abbott | tabbott@perkinscoie.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted this 1st day of March, 2022.

LEE SMART, P.S., INC.

By: s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendant
Patenaude & Felix, APC

1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

DECLARATION REQUESTING JUDICIAL NOTICE - 3
2:20-cv-00680-DGE
6940818.doc

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com