THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMY BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00680-DGE<br><br>DEFENDANTS NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, AND NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br><br>Friday April 1, 2022<br><br>ORAL ARGUMENT REQUESTED |

Defendants National Collegiate Student Loan Trust 2004-1, National Collegiate Student

Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student

Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student

REQUEST FOR JUDICIAL NOTICE IN SUPPORT
OF MOTION TO DISMISS PLAINTIFF'S
COMPLAINT (No. 2:20-cv-00680-DGE) – 1

156031316.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2 (collectively, the "Trusts") respectfully request that the Court take judicial notice, under Rule 201 of the Federal Rules of Evidence and the authorities cited below, of the following documents attached as Exhibits A-G to this Request. This Request is made in connection with the Trusts' Motion to Dismiss Plaintiff's Complaint.

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| **A** | Amended Complaint filed by Osure Brown in the United States District Court for the Western District of Washington on June 25, 2020 in *Osure Brown v. Transworld Systems, Inc., et al.,* Case No. 20-cv-00669. |
| **B** | Complaints filed by the Trusts in the Superior Court of the State of Washington, County of King on April 5, 2019 in Case Nos. 19-2-09402-8; 19-2-09403-6; 19-2-09404-4; 19-2-09405-2; 19-09406-1; 19-2-09407-9; 19-2-09408; 19-2-09409-5; 19-2-09410-9; and 19-2-09411-7. |
| **C** | Answers to Complaints by Tommy Brown filed in the Superior Court of the State of Washington, County of King on August 15, 2019 in Case Nos. 19-2-09402-8; 19-2-09403-6; 19-2-09404-4; 19-2-09405-2; 19-09406-1; 19-2-09407-9; 19-2-09408; 19-2-09409-5; 19-2-09410-9; and 19-2-09411-7. |
| **D** | Motion for Summary Judgment by Osure Brown and Tommy Brown filed in the Superior Court of the State of Washington, County of King on October 14, 2019 in Case No. 19-2-09402-8. |
| **E** | Order Granting Motion for Summary Judgment by Osure Brown and Tommy Brown filed in the Superior Court of the State of Washington, County of King on November 18, 2019, Case No. 19-2-09402-8. |
| **F** | Memorandum Opinion filed in the United States District Court for the District of Delaware on May 31, 2020 in *Consumer Financial Protection Bureau v. The National Collegiate Master Student Trust, et al.,* Case No. 17-1323 (MN). |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT
OF MOTION TO DISMISS PLAINTIFF'S
COMPLAINT (2:20-cv-00680-DGE) — 2

156031316.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| EXHIBIT | DESCRIPTION |
|---|---|
| **G** | Order filed in the United States District Court for the District of Delaware on February 11, 2022 in *Consumer Financial Protection Bureau v. The National Collegiate Master Student Trust, et al.,* Case No. 17-1323 (MN). |

## BASIS FOR REQUESTING JUDICIAL NOTICE

When evaluating the adequacy of a complaint, the court may consider exhibits submitted with the complaint or those that are subject to judicial notice, without converting a motion to dismiss into a motion for summary judgment. *Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007); *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001); *Durning v. First Boston Corp.*, 815 F.2d 1265, 1267 (9th Cir. 1987).

Exhibits A-G are documents of public record. The contents contained therein are not reasonably subject to dispute and capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy. Fed. R. Evid. 201. Therefore, they are appropriate for judicial notice. *See Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001) (holding that courts may take judicial notice of "undisputed matters of public record").

For the reasons stated above, the Trusts respectfully request the Court take judicial notice of Exhibits A-G attached hereto.

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT (2:20-cv-00680-DGE) — 3

156031316.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

2   DATED: March 1, 2022

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

By: s/ Kristine E. Kruger
By: s/ Thomas N. Abbott
Kristine E. Kruger #44612
Thomas N. Abbott #53024
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:  KKruger@perkinscoie.com
           TAbbott@perkinscoie.com

REQUEST FOR JUDICIAL NOTICE IN SUPPORT
OF MOTION TO DISMISS PLAINTIFF'S
COMPLAINT (2:20-cv-00680-DGE) – 4

156031316.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000