THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMY BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00680-DGE<br><br>STIPULATED MOTION AND ORDER TO SET CASE SCHEDULE FOR PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO<br><br>NOTE ON MOTION CALENDAR:<br><br>Thursday, March 3, 2022 |

Pursuant to Western District of Washington Local Civil Rules 7(d)(1) and 10(g), and in a cooperative effort to comply with this Court's February 14, 2022 directive to file a Joint Status Report, and after meeting and conferring, Plaintiff Tommy Brown ("Plaintiff") and Defendants Transworld Systems Inc. ("TSI"), Patenaude & Felix, APC ("P&F"), U.S. Bank National Association ("U.S. Bank"), National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2 (collectively, "the Trusts," and together with TSI, P&F, and U.S. Bank, "Defendants"), hereby stipulate and

STIPULATED MOTION AND ORDER TO SET CASE SCHEDULE FOR PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO (NO. 2:20-CV-00680-DGE) – 1

156057310.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

agree to the following schedule based on Plaintiff's representation that he is filing an Amended Complaint in response to Defendants' pending Motions to Dismiss:

| Event | Deadline |
|---|---|
| Plaintiff's Amended Complaint | Tuesday March 22, 2022 |
| Defendants' Response to Plaintiff's Amended Complaint (with any responsive Motions to Dismiss to be noted for hearing on June 17, 2022 | Tuesday, April 26, 2022 |
| Plaintiff's Opposition(s) to Defendants' Motions to Dismiss | Tuesday, May 31, 2022 |
| Defendants' Replies in Support of Motions to Dismiss | Tuesday, June 14, 2022 |

Plaintiff and Defendants further stipulate and agree to stay any other pending deadlines until after the Court issues rulings on Defendants' Motions to Dismiss Plaintiff's Amended Complaint.[1] Plaintiff and Defendants have further agreed that if the Court denies any defendant's Motion to Dismiss Plaintiff's Amended Complaint in whole or in part, and taking into account the Court's Ruling:

    1.    Any remaining parties agree to hold the Fed. R. Civ. P. 26(f) Conference within 14 days after the Court has issued rulings on all of Defendants' Motions to Dismiss the Amended Complaint;

    2.    The deadline for Initial Disclosures shall be fourteen days after the parties' Fed. R. Civ. P. 26(f) Conference; and

---

[1] This agreed stay includes but is not limited to any deadline Transworld Systems Inc. may have to file or supplement any motion to dismiss Plaintiff's original Complaint in accordance with its Notice of Joinder (Dkt. No. 100).

STIPULATED MOTION AND ORDER TO SET CASE SCHEDULE FOR PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO (NO. 2:20-CV-00680-DGE) – 2
156057310.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1    3.      The parties shall file the Joint Status Report and Discovery Plan fourteen days
2            after the Initial Disclosures are due.
3    The parties have entered this stipulation to mutually cooperate in the management of this
4    action and for the purpose of maximizing judicial economy and conserving the parties'
5    resources. The extension of the above deadlines does not alter or modify any other rights or
6    responsibilities of the parties except as stated herein permitted by law or under the Federal Rules
7    of Civil Procedure, or the Local Civil Rules.

DATED:  March 3, 2022.

STIPULATED MOTION AND ORDER TO SET CASE
SCHEDULE FOR PLAINTIFF'S AMENDED COMPLAINT
AND DEFENDANTS' RESPONSES THERETO (NO. 2:20-
CV-00680-DGE) – 3
156057310.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | | |
| 2 | HENRY & DEGRAAFF, P.S. | CONSUMER LAW CENTER, LLC |
| 3 | By: /s/ Christina L. Henry<br>Christina L. Henry, WSBA No. 31273 | By: /s/ Phillip Robinson<br>Phillip Robinson, *Pro Hac Vice* |
| 4 | 787 Maynard Ave S<br>Seattle, WA 98104 | 8737 Colesville Road, Suite 308<br>Silver Spring, MD 20910 |
| 5 | Telephone: 206.330.0595<br>Facsimile: 206.400.7609 | phillip@marylandconsumer.com |
| 6 | chenry@HDM-legal.com | *Counsel for Plaintiff* |
| 7 | *Counsel for Plaintiff* | |
| 8 | BORISON FIRM, LLC | SESSIONS, ISRAEL & SHARTLE, LLC |
| 9 | | |
| 10 | By: /s/ Scott Borison<br>Scott Borison, *Pro Hac Vice* | By: /s/ Justin Homes<br>Bryan C. Shartle, *Pro Hac Vice* |
| 11 | 1900 S. Norfolk St., Suite 350<br>San Mateo, CA 94403 | Justin Homes, *Pro Hac Vice*<br>Bradley St. Angelo, *Pro Hac Vice* |
| 12 | scott@borisonfirm.com | 3850 North Causeway Boulevard, Suite 200<br>Metairie, LA 70002 |
| 13 | *Counsel for Plaintiff* | bshartle@sessions.legal<br>jhomes@sessions.legal |
| 14 | | bstangelo@sessions.legal |
| 15 | | *Attorneys for Transworld Systems Inc.* |
| 16 | CORR CRONIN LLP | JONES DAY |
| 17 | By: /s/ Emily J. Harris | By: Albert J. Rota |
| 18 | Emily J. Harris, WSBA No. 35763<br>Benjamin C. Byers, WSBA No. 52299 | Albert J. Rota, *Pro Hac Vice*<br>2727 North Harwood St. |
| 19 | 1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154 | Dallas, TX 75201<br>ajrota@jonesday.com |
| 20 | eharris@corrcronin.com<br>bbyers@corrcronin.com | *Attorneys for U.S. Bank National Association* |
| 21 | *Attorneys for Transworld Systems Inc.* | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATED MOTION AND ORDER TO SET CASE
SCHEDULE FOR PLAINTIFF'S AMENDED COMPLAINT
AND DEFENDANTS' RESPONSES THERETO (NO. 2:20-
CV-00680-DGE) – 4
156057310.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | PERKINS COIE LLP | LEE SMART, P.S., INC. |
| 2 | By: /s/ Kristine E. Kruger<br>Kristine E. Kruger, WSBA No. 44612 | By: /s/ Marc Rosenberg<br>Marc Rosenberg, WSBA No. 31034 |
| 3 | 1201 Third Avenue, Suite 4900<br>Seattle, WA 98101 | 1800 One Convention Place<br>701 Pike St. |
| 4 | Telephone: 206.359.8000<br>Facsimile: 206.359.9000 | Seattle, WA 98101 |
| 5 | KKruger@perkinscoie.com | Mr@leesmart.com |
| 6 | *Attorneys for Defendants U.S. Bank National Association, National Collegiate Student Loan* | *Attorneys for Patenaude & Felix, APC* |
| 7 | *Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate* | |
| 8 | *Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2,* | |
| 9 | *National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust* | |
| 10 | *2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student* | |
| 11 | *Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2* | |

STIPULATED MOTION AND ORDER TO SET CASE
SCHEDULE FOR PLAINTIFF'S AMENDED COMPLAINT
AND DEFENDANTS' RESPONSES THERETO (NO. 2:20-
CV-00680-DGE) – 5
156057310.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# ORDER

IT IS SO ORDERED:

The stay entered in this case by Order dated June 24, 2020 has been lifted. Based on the parties' representations, the schedule for Plaintiff's Amended Complaint and Defendants' response thereto is as follows:

| Event | Deadline |
| --- | --- |
| Plaintiff's Amended Complaint | Tuesday March 22, 2022 |
| Defendants' Response to Plaintiff's Amended Complaint (with any responsive Motions to Dismiss to be noted for hearing on June 17, 2022 | Tuesday, April 26, 2022 |
| Plaintiff's Opposition(s) to Defendants' Motions to Dismiss | Tuesday, May 31, 2022 |
| Defendants' Replies in Support of Motions to Dismiss | Tuesday, June 14, 2022 |

All pending deadlines are stayed until after the Court rules on the Defendants' Motions to Dismiss Plaintiff's Amended Complaint.  If the Court denies any defendant's Motion to Dismiss Plaintiff's Amended Complaint in whole or in part, and taking into account the Court's Ruling:

1. Any remaining parties agree to hold the Fed. R. Civ. P. 26(f) Conference within fourteen days after the Court has issued rulings on all of Defendants' Motions to Dismiss the Amended Complaint;

2. The deadline for Initial Disclosures shall be fourteen days after the parties' Fed. R. Civ. P. 26(f) Conference; and

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AND STAY PROCEEDINGS (NO. 2:20-CV-00680-DGE) – 6

156057310.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3.  The parties shall file the Joint Status Report and Discovery Plan fourteen days after the Initial Disclosures are served.

DATED this 8th day of March 2022.

_____
David G. Estudillo
United States District Judge

STIPULATION AND ORDER TO MODIFY BRIEFING
SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS
AND STAY PROCEEDINGS (NO. 2:20-CV-00680-DGE) – 7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

156057310.1