THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMMY BROWN, on his own behalf and
on behalf of other similarly situated
persons,

　　　　　　　　Plaintiff,

　　v.

TRANSWORLD SYSTEMS, INC., *et al.*,

　　　　　　　　Defendants.

No. 2:20-cv-00680-DGE

STIPULATION AND [PROPOSED]
ORDER TO EXTEND BRIEFING
DEADLINES

NOTE ON MOTION CALENDAR:

May 31, 2022

**STIPULATION**

　　Pursuant to Western District of Washington Local Civil Rules 7(d)(1) and 10(g), Plaintiff

Tommy Brown ("Plaintiff") and Defendants Transworld Systems Inc. ("TSI"), Patenaude &

Felix, APC ("P&F"), U.S. Bank National Association ("U.S. Bank"), National Collegiate

Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate

Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate

Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate

Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National

Collegiate Student Loan Trust 2007-2 (collectively, "the Trusts," and together with TSI, P&F,

and U.S. Bank, "Defendants")stipulate that Plaintiff's deadline to file oppositions to the

Defendants' Motions to Dismiss the Amended Complaint (Dkts. No. 105-108) in the above-

STIPULATION AND [PROPOSED] ORDER
TO EXTEND BRIEFING DEADLINES
(No. 2:20-cv-00680-DGE) –1

**Henry & DeGraaff, PS**
113 Cherry St, PMB 58364
Seattle, WA  98104-2205
Phone:  206.330-0595
Fax:  206.4007609

referenced action is extended from May 31, 2022 to June 14, 2022. Likewise, the Defendants' deadline to file a Reply in Support of their Motions to Dismiss is extended from June 14, 2022 to July 19, 2021.

1.      The Parties set their current briefing deadlines related to the Motions to Dismiss the Amended Complaint in response to stipulation and order filed in response to the Court's February 14, 2022 directive to file a status report after (Dkt. Nos. 102, 103). No prior joint requests to extend the above deadlines have been made. In addition, the Plaintiff has represented by his counsel that they require additional time to analyze the issues presented in the pending Motions to Dismiss the Amended Complaint.

2.      The parties have entered into this stipulation and agreement to mutually cooperate in the management of this action. Accordingly, the parties hereby stipulate and agree that the deadlines set forth in the Order dated March 8, 2021 (Dkt. No. 103) should be modified as follows:

| EVENT | SCHEDULED DATE | RESCHEDULED DATE |
| --- | --- | --- |
| Deadline for Plaintiff to file Oppositions to Defendants' Motions to Dismiss the Amended Complaint | May 31, 2022 | June 14, 2022 |
| Deadline for Defendants to file Reply in Support of their Motions to Dismiss the Amended Complaint | June 14, 2022 | July 19, 2022 |

The extension of the above deadlines does not alter or modify any other rights or responsibilities of the Parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, or the Local Civil Rules.

STIPULATION AND [PROPOSED] ORDER
TO EXTEND BRIEFING DEADLINES
(No. 2:20-cv-00680-DGE) –2

HENRY & DeGRAAFF, PS
113 Cherry St, PMB 58364
Seattle, WA  98104-2205
Phone:  206.330-0595
Fax:  206.4007609

1    DATED:  May 31, 2022.

2

3    HENRY & DEGRAAFF, P.S.                    CONSUMER LAW CENTER, LLC

4    By: /s/ Christina L. Henry                By: /s/ Phillip Robinson
     Christina L. Henry, WSBA No. 31273        Phillip Robinson, *Pro Hac Vice*
5    113 Cherry St, PMB 58364                  8737 Colesville Road, Suite 308
     Seattle, WA 98104                         Silver Spring, MD 20910
6    Telephone: 206.330.0595                   phillip@marylandconsumer.com
     Facsimile: 206.400.7609
7    chenry@HDM-legal.com                      *Counsel for Plaintiff*

8    *Counsel for Plaintiff*

9    BORISON FIRM, LLC                         SESSIONS, FISHMAN, NATHAN & ISRAEL

10
     By: /s/ Scott Borison                     By: /s/ Justin Homes, Esq.
11   Scott Borison, *Pro Hac Vice*             Bryan C. Shartle, *Pro Hac Vice*
     1900 S. Norfolk St., Suite 350            Justin Homes, *Pro Hac Vice*
12   San Mateo, CA 94403                       Bradley St. Angelo, *Pro Hac Vice*
     scott@borisonfirm.com                     3850 North Causeway Boulevard, Suite 200
13                                             Metairie, LA 70002
14   *Counsel for Plaintiff*                   bshartle@sessions.legal
                                               jhomes@sessions.legal
15                                             bstangelo@sessions.legal

16                                             CORR CRONIN LLP

17                                             Benjamin C. Byers, WSBA No. 52299
                                               1001 Fourth Avenue, Suite 3900
18                                             Seattle, WA 98154
                                               bbyers@corrcronin.com
19
20                                             *Attorneys for Transworld Systems Inc.*

21                                             JONES DAY

22                                             By: Albert J. Rota
                                               Albert J. Rota, *Pro Hac Vice*
23                                             2727 North Harwood St.
                                               Dallas, TX 75201
24                                             ajrota@jonesday.com

25                                             *Attorneys for U.S. Bank National Association*

26

STIPULATION AND [PROPOSED] ORDER
TO EXTEND BRIEFING DEADLINES
(No. 2:20-cv-00680-DGE) –3

1

PERKINS COIE LLP

LEE SMART, P.S., INC.

2

By: /s/ Kristine E. Kruger
Kristine E. Kruger, WSBA No. 44612

By: /s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034

3

Thomas Abbott, WSBA No. 53024
1201 Third Avenue, Suite 4900

1800 One Convention Place
701 Pike St.

4

Seattle, WA 98101
Telephone: 206.359.8000

Seattle, WA 98101
Mr@leesmart.com

5

Facsimile: 206.359.9000
KKruger@perkinscoie.com

6

TAbbott@perkinscoie.com

*Attorneys for Patenaude & Felix, APC*

7

*Attorneys for Defendants U.S. Bank National*

8

*Association, National Collegiate Student Loan
Trust 2004-1, National Collegiate Student*

9

*Loan Trust 2004-2, National Collegiate
Student Loan Trust 2005-1, National*

10

*Collegiate Student Loan Trust 2005-2,
National Collegiate Student Loan Trust 2005-*

11

*3, National Collegiate Student Loan Trust
2006-1, National Collegiate Student Loan*

12

*Trust 2006-2, National Collegiate Student
Loan Trust 2007-1, National Collegiate*

13

*Student Loan Trust 2007-2*

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
TO EXTEND BRIEFING DEADLINES
(No. 2:20-cv-00680-DGE) –4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**[PROPOSED] ORDER**

IT IS SO ORDERED.  The amended deadlines are as follows:

| EVENT | SCHEDULED DATE | RESCHEDULED DATE |
|---|---|---|
| Deadline for Plaintiff to file Oppositions to Defendants' Amended Motions to Dismiss | May 31, 2022 | June 14, 2022 |
| Deadline for Defendants to file Reply in Support of their Motions to Dismiss | June 14, 2022 | July 19, 2022 |

The extension of the above deadlines does not alter or modify any other rights or responsibilities of the Parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, the Local Civil Rules, or the Court's Chamber's Procedures.

DATED this _____ day of May, 2022.

_____
Honorable David G. Estudillo

STIPULATION AND [PROPOSED] ORDER
TO EXTEND BRIEFING DEADLINES
(No. 2:20-cv-00680-DGE) –5