THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMMY BROWN, on his own behalf and on behalf of other similarly situated persons,

Plaintiff,

v.

TRANSWORLD SYSTEMS, INC., *et al.*,

Defendants.

No. 2:20-cv-00680-DGE

STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES

NOTE ON MOTION CALENDAR:

May 31, 2022

**STIPULATION**

Pursuant to Western District of Washington Local Civil Rules 7(d)(1) and 10(g), Plaintiff Tommy Brown ("Plaintiff") and Defendants Transworld Systems Inc. ("TSI"), Patenaude & Felix, APC ("P&F"), U.S. Bank National Association ("U.S. Bank"), National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2 (collectively, "the Trusts," and together with TSI, P&F, and U.S. Bank, "Defendants")stipulate that Plaintiff's deadline to file oppositions to the Defendants' Motions to Dismiss the Amended Complaint (Dkts. No. 105-108) in the above-

STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES (No. 2:20-cv-00680-DGE) –1

**Henry & DeGraaff, PS**
113 Cherry St, PMB 58364
Seattle, WA 98104-2205
Phone: 206.330-0595
Fax: 206.4007609

referenced action is extended from May 31, 2022 to June 14, 2022. Likewise, the Defendants' deadline to file a Reply in Support of their Motions to Dismiss is extended from June 14, 2022 to July 19, 2021.

1.      The Parties set their current briefing deadlines related to the Motions to Dismiss the Amended Complaint in response to stipulation and order filed in response to the Court's February 14, 2022 directive to file a status report after (Dkt. Nos. 102, 103). No prior joint requests to extend the above deadlines have been made. In addition, the Plaintiff has represented by his counsel that they require additional time to analyze the issues presented in the pending Motions to Dismiss the Amended Complaint.

2.      The parties have entered into this stipulation and agreement to mutually cooperate in the management of this action. Accordingly, the parties hereby stipulate and agree that the deadlines set forth in the Order dated March 8, 2021 (Dkt. No. 103) should be modified as follows:

| EVENT | SCHEDULED DATE | RESCHEDULED DATE |
|---|---|---|
| Deadline for Plaintiff to file Oppositions to Defendants' Motions to Dismiss the Amended Complaint | May 31, 2022 | June 14, 2022 |
| Deadline for Defendants to file Reply in Support of their Motions to Dismiss the Amended Complaint | June 14, 2022 | July 19, 2022 |

The extension of the above deadlines does not alter or modify any other rights or responsibilities of the Parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, or the Local Civil Rules.

STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES (No. 2:20-cv-00680-DGE) –2

**HENRY & DEGRAAFF, PS**
113 Cherry St, PMB 58364
Seattle, WA  98104-2205
Phone:  206.330-0595
Fax:  206.4007609

DATED: May 31, 2022.

| | |
|---|---|
| HENRY & DEGRAAFF, P.S. | CONSUMER LAW CENTER, LLC |
| By: /s/ Christina L. Henry<br>Christina L. Henry, WSBA No. 31273<br>113 Cherry St, PMB 58364<br>Seattle, WA 98104<br>Telephone: 206.330.0595<br>Facsimile: 206.400.7609<br>chenry@HDM-legal.com<br><br>*Counsel for Plaintiff* | By: /s/ Phillip Robinson<br>Phillip Robinson, *Pro Hac Vice*<br>8737 Colesville Road, Suite 308<br>Silver Spring, MD 20910<br>phillip@marylandconsumer.com<br><br>*Counsel for Plaintiff* |
| BORISON FIRM, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL |
| By: /s/ Scott Borison<br>Scott Borison, *Pro Hac Vice*<br>1900 S. Norfolk St., Suite 350<br>San Mateo, CA 94403<br>scott@borisonfirm.com<br><br>*Counsel for Plaintiff* | By: /s/ Justin Homes, Esq.<br>Bryan C. Shartle, *Pro Hac Vice*<br>Justin Homes, *Pro Hac Vice*<br>Bradley St. Angelo, *Pro Hac Vice*<br>3850 North Causeway Boulevard, Suite 200<br>Metairie, LA 70002<br>bshartle@sessions.legal<br>jhomes@sessions.legal<br>bstangelo@sessions.legal |
| | CORR CRONIN LLP<br><br>Benjamin C. Byers, WSBA No. 52299<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>bbyers@corrcronin.com<br><br>*Attorneys for Transworld Systems Inc.* |
| | JONES DAY<br><br>By: Albert J. Rota<br>Albert J. Rota, *Pro Hac Vice*<br>2727 North Harwood St.<br>Dallas, TX 75201<br>ajrota@jonesday.com<br><br>*Attorneys for U.S. Bank National Association* |

STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES (No. 2:20-cv-00680-DGE) –3

HENRY & DEGRAAFF, PS
113 Cherry St, PMB 58364
Seattle, WA 98104-2205
Phone: 206.330.0595
Fax: 206.4007609

| | |
|---|---|
| PERKINS COIE LLP | LEE SMART, P.S., INC. |
| By: /s/ Kristine E. Kruger<br>Kristine E. Kruger, WSBA No. 44612<br>Thomas Abbott, WSBA No. 53024<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>KKruger@perkinscoie.com<br>TAbbott@perkinscoie.com | By: /s/ Marc Rosenberg<br>Marc Rosenberg, WSBA No. 31034<br>1800 One Convention Place<br>701 Pike St.<br>Seattle, WA 98101<br>Mr@leesmart.com |
| *Attorneys for Defendants U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2* | *Attorneys for Patenaude & Felix, APC* |

STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES (No. 2:20-cv-00680-DGE) –4

# ORDER

IT IS SO ORDERED. The amended deadlines are as follows:

| EVENT | SCHEDULED DATE | RESCHEDULED DATE |
|---|---|---|
| Deadline for Plaintiff to file Oppositions to Defendants' Amended Motions to Dismiss | May 31, 2022 | June 14, 2022 |
| Deadline for Defendants to file Reply in Support of their Motions to Dismiss | June 14, 2022 | July 19, 2022 |

The extension of the above deadlines does not alter or modify any other rights or responsibilities of the Parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, the Local Civil Rules, or the Court's Chamber's Procedures.

DATED this 3rd day of June 2022.



David G. Estudillo
United States District Judge

STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES (No. 2:20-cv-00680-DGE) –5

**HENRY & DeGraaff, PS**
113 Cherry St, PMB 58364
Seattle, WA 98104-2205
Phone: 206.330-0595
Fax: 206.4007609