THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMMY BROWN, on his own behalf and on behalf of other similarly situated persons,

Plaintiff,

v.

TRANSWORLD SYSTEMS, INC., *et al*.,

Defendants.

No. 2:20-cv-00680-DGE

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN AND CONTINUE SCHEDULING CONFERENCE

NOTE ON MOTION CALENDAR:

Wednesday, February 7, 2023

Pursuant to Western District of Washington Local Civil Rules 7(d)(1) and 10(g), and in a cooperative effort to comply with this Court's March 8, 2022 and January 10, 2023 directives to file a Joint Status Report, and after meeting and conferring, Plaintiff Tommy Brown ("Plaintiff") and Defendants Transworld Systems Inc. ("TSI"), Patenaude & Felix, APC ("P&F"), U.S. Bank National Association ("U.S. Bank"), National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT AND HOLD SCHEDULING CONFERENCE (NO. 2:20-CV-00680-DGE) – 1
160570156.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

(collectively, "the Trusts," and together with TSI, P&F, and U.S. Bank, "Defendants"), respectfully submit this stipulated motion to continue the deadline to file the Joint State Report and to hold the Scheduling Conference. The parties propose the following continued deadline and conference date:

| Event | Deadline |
|---|---|
| Joint Status Report and Discovery Plan | Thursday. February 16, 2023 |
| Scheduling Conference | Thursday, February 23, 2023 at 9:30 am (virtual) |

The parties have entered this stipulation to accommodate the limited availability of parties and counsel as a result of their preparation for oral argument in the Ninth Circuit appeal in the Osure Brown case, set for hearing on Friday, February 17, 2023, and to mutually cooperate in the management of this action and for the purpose of maximizing judicial economy and conserving the parties' resources. The extension of the above deadlines does not alter or modify any other rights or responsibilities of the parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, or the Local Civil Rules.

DATED:  February 7, 2023.

| | | |
|---|---|---|
| 1 | HENRY & DEGRAAFF, P.S. | CONSUMER LAW CENTER, LLC |
| 2 | By: /s/ Christina L. Henry | By: /s/ Phillip Robinson |
| 3 | Christina L. Henry, WSBA No. 31273 | Phillip Robinson, *Pro Hac Vice* |
| | 113 Cherry St. | 10125 Colesville Road, Suite 378 |
| 4 | PMB 58364 | Silver Spring, MD 20910 |
| | Seattle, WA 98104-2205 | phillip@marylandconsumer.com |
| 5 | Telephone: 206.330.0595 | |
| | Facsimile: 206.400.7609 | *Counsel for Plaintiff* |
| 6 | chenry@HDM-legal.com | |
| 7 | *Counsel for Plaintiff* | |
| 8 | BORISON FIRM, LLC | SESSIONS, ISRAEL & SHARTLE, LLC |
| 9 | | |
| | By: /s/ Scott Borison | By: /s/ Justin Homes |
| 10 | Scott Borison, *Pro Hac Vice* | Bryan C. Shartle, *Pro Hac Vice* |
| | 5830 E Second St | Justin Homes, *Pro Hac Vice* |
| 11 | Casper, WY 82609 | Bradley St. Angelo, *Pro Hac Vice* |
| 12 | scott@borisonfirm.com | 3850 N. Causeway Boulevard, Suite 200 |
| | | Metairie, LA 70002 |
| 13 | *Counsel for Plaintiff* | bshartle@sessions.legal |
| | | jhomes@sessions.legal |
| 14 | | bstangelo@sessions.legal |
| 15 | | *Attorneys for Transworld Systems Inc.* |
| 16 | CORR CRONIN LLP | JONES DAY |
| 17 | | |
| | By: /s/ Emily J. Harris | By: /s/ Albert J. Rota |
| 18 | Emily J. Harris, WSBA No. 35763 | Albert J. Rota, *Pro Hac Vice* |
| | Benjamin C. Byers, WSBA No. 52299 | 2727 North Harwood St. |
| 19 | 1015 Second Avenue, 10th Fl | Dallas, TX 75201 |
| | Seattle, WA 98104 | ajrota@jonesday.com |
| 20 | eharris@corrcronin.com | |
| | bbyers@corrcronin.com | *Attorneys for U.S. Bank National Association* |
| 21 | | |
| | *Attorneys for Transworld Systems Inc.* | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO FILE JOINT STATUS REPORT
AND HOLD SCHEDULING CONFERENCE (NO. 2:20-CV-
00680-DGE) – 3
160570156.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1    PERKINS COIE LLP

2    By: /s/ Kristine E. Kruger
     Kristine E. Kruger, WSBA No. 44612
3    1201 Third Avenue, Suite 4900
     Seattle, WA 98101
4    Telephone: 206.359.8000
     Facsimile: 206.359.9000
5    KKruger@perkinscoie.com

6    Thomas N. Abbott, WSBA No. 53024
     1120 NW Couch St, 10th Fl
7    Portland, OR 97209-4128
     Telephone: 503-727-2131
8    TAbbott@perkinscoie.com

9    *Attorneys for Defendants U.S. Bank National
     Association, National Collegiate Student*
10   *Loan Trust 2004-1, National Collegiate Student
     Loan Trust 2004-2, National Collegiate*
11   *Student Loan Trust 2005-1, National
     Collegiate Student Loan Trust 2005-2,*
12   *National Collegiate Student Loan Trust 2005-
     3, National Collegiate Student Loan Trust*
13   *2006-1, National Collegiate Student Loan
     Trust 2006-2, National Collegiate Student*
14   *Loan Trust 2007-1, National Collegiate
     Student Loan Trust 2007-2*

15

16

17

18

19

20

21

22

23

24

25

26

LEE SMART, P.S., INC.

By: /s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
1800 One Convention Place
701 Pike St.
Seattle, WA 98101
Mr@leesmart.com

*Attorneys for Patenaude & Felix, APC*

1

2
## [PROPOSED] ORDER

3
IT IS SO ORDERED:

4
Based on the parties' representations, the schedule for filing the Joint Status Report and

5
Discovery Plan and hold the Scheduling Conference is as follows:

6

7

| Event | Deadline |
|-------|----------|
| Joint Status Report and Discovery Plan | Thursday. February 16, 2023 |
| Scheduling Conference | Thursday, February 23, 2023 at 9:30 am (virtual) |

8

9

10
DATED this _____the day of February, 2022.

11

12

13
_____

14
Honorable David G. Estudillo
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000