1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

,

          Plaintiff,

  v.

,

          Defendants.

CASE NO. CV20-00680DGE

ORDER SETTING CLASS CERTIFICATION BRIEFING SCHEDULE

| | |
|---|---|
| Deadline for joining additional parties and to amend pleadings | |
| Plaintiff's disclosure of experts related to class certification | |
| Defendants' disclosure of experts related to class certification | |
| Plaintiff's disclosure of rebuttal experts related to class certification | |
| Deadline to complete expert depositions | |
| Plaintiff's motion for class certification due | |
| Defendants' response to Plaintiff's motion for class certification due | |
| Plaintiff's reply due | |
| Hearing on motion for class certification | To be set by the Court |
| Class notice and opt-out period, expert disclosures, fact discovery, dispositive motions, pre-trial and trial deadlines | To be set by the Court after ruling on class certification |

ORDER - 1