THE HONORABLE DAVID G. ESTUDILLO

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TOMMY BROWN, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>Defendants. | No. 2:20-cv-00680-DGE<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE PROPOSED SCHEDULE FOR EVENTS RELATED TO CLASS CERTIFICATION AND DISPOSITIVE MOTIONS AND ESI PROTOCOL<br><br>NOTE ON MOTION CALENDAR:<br><br>Monday, March 13, 2023 |

Pursuant to Western District of Washington Local Civil Rules 7(d)(1) and 10(g), and in a cooperative effort to comply with this Court's February 24, 2023 directive to file a proposed schedule for class certification and dispositive motion on loan ownership, and the ESI protocol, and after meeting and conferring, Plaintiff Tommy Brown ("Plaintiff") and Defendants Transworld Systems Inc. ("TSI"), Patenaude & Felix, APC ("P&F"), U.S. Bank National Association ("U.S. Bank"), National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE PROPOSED SCHEDULE AND ESI PROTOCOL (NO. 2:20-CV-00680-DGE) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

160570156.1
161361700.3
161423121.1

1  Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate
2  Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2 (collectively, "the
3  Trusts," and together with TSI, P&F, and U.S. Bank, "Defendants"), respectfully submit this
4  stipulated motion to continue the deadline to file: (1) the proposed schedule for events relating to
5  Plaintiff's motion for class certification and initial, appropriate dispositive motions (including the
6  Defendants' desired motion on loan ownership), (2) a proposed ESI protocol, and (3) a proposed
7  case management order. The parties propose the following continued deadline and conference
8  date:

| Event | Deadline |
|---|---|
| Submission of Proposed Schedule For Events Relating to Class Certification and Dispositive Motions, Proposed Case Management Order, and ESI Protocol | Thursday. March 30, 2023 |

The parties have entered this stipulation to accommodate the limited availability of parties and counsel, and to mutually cooperate in the management of this action and for the purpose of maximizing judicial economy and conserving the parties' resources. The extension of the above deadlines does not alter or modify any other rights or responsibilities of the parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, the Local Civil Rules, or other prior orders of this Court.

DATED: March 13, 2023.

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE PROPOSED SCHEDULE AND ESI PROTOCOL (NO. 2:20-CV-00680-DGE) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

160570156.1
161361700.3
161423121.1

| | |
|---|---|
| HENRY & DEGRAAFF, P.S. | CONSUMER LAW CENTER, LLC |
| By: /s/ Christina L. Henry<br>Christina L. Henry, WSBA No. 31273<br>113 Cherry St.<br>PMB 58364<br>Seattle, WA 98104-2205<br>Telephone: 206.330.0595<br>Facsimile: 206.400.7609<br>chenry@HDM-legal.com | By: /s/ Phillip Robinson<br>Phillip Robinson, *Pro Hac Vice*<br>10125 Colesville Road, Suite 378<br>Silver Spring, MD 20910<br>phillip@marylandconsumer.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |
| BORISON FIRM, LLC | SESSIONS, ISRAEL & SHARTLE, LLC |
| By: /s/ Scott Borison<br>Scott Borison, *Pro Hac Vice*<br>5830 E Second St<br>Casper, WY 82609<br>scott@borisonfirm.com | By: /s/ Justin Homes<br>Bryan C. Shartle, *Pro Hac Vice*<br>Justin Homes, *Pro Hac Vice*<br>Bradley St. Angelo, *Pro Hac Vice*<br>3850 N. Causeway Boulevard, Suite 200<br>Metairie, LA 70002<br>bshartle@sessions.legal<br>jhomes@sessions.legal<br>bstangelo@sessions.legal |
| *Counsel for Plaintiff* | *Attorneys for Transworld Systems Inc.* |
| CORR CRONIN LLP | JONES DAY |
| By: /s/ Emily J. Harris<br>Emily J. Harris, WSBA No. 35763<br>Benjamin C. Byers, WSBA No. 52299<br>1015 Second Avenue, 10th Fl<br>Seattle, WA 98104<br>eharris@corrcronin.com<br>bbyers@corrcronin.com | By: /s/ Albert J. Rota<br>Albert J. Rota, *Pro Hac Vice*<br>2727 North Harwood St.<br>Dallas, TX 75201<br>ajrota@jonesday.com |
| *Attorneys for Transworld Systems Inc.* | *Attorneys for U.S. Bank National Association* |

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE PROPOSED SCHEDULE AND ESI PROTOCOL (NO. 2:20-CV-00680-DGE) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

160570156.1
161361700.3
161423121.1

| | | |
|---|---|---|
| 1 | PERKINS COIE LLP | LEE SMART, P.S., INC. |
| 2 | By: /s/ Kristine E. Kruger<br>Kristine E. Kruger, WSBA No. 44612 | By: /s/ Marc Rosenberg<br>Marc Rosenberg, WSBA No. 31034 |
| 3 | 1201 Third Avenue, Suite 4900<br>Seattle, WA 98101 | 1800 One Convention Place<br>701 Pike St. |
| 4 | Telephone: 206.359.8000<br>Facsimile: 206.359.9000 | Seattle, WA 98101 |
| 5 | KKruger@perkinscoie.com | Mr@leesmart.com |
| 6 | Thomas N. Abbott, WSBA No. 53024 | *Attorneys for Patenaude & Felix, APC* |
| 7 | 1120 NW Couch St, 10th Fl<br>Portland, OR 97209-4128 | |
| 8 | Telephone: 503-727-2131<br>TAbbott@perkinscoie.com | |

*Attorneys for Defendants U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2*

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE PROPOSED SCHEDULE AND ESI PROTOCOL (NO. 2:20-CV-00680-DGE) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

160570156.1
161361700.3
161423121.1

# [PROPOSED] ORDER

IT IS SO ORDERED:

Based on the parties' representations, the schedule for filing the Proposed Schedule for Class Certification and Dispositive Motions, Proposed Case Management Order, and ESI Protocol is as follows:

| Event | Deadline |
|---|---|
| Submission of Proposed Schedule For Events Relating to Class Certification and Initial Dispositive Motions, Proposed Case Management Order, and ESI Protocol | Thursday. March 30, 2023 |

DATED this _____ the day of March, 2022.

_____
Honorable David G. Estudillo
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE PROPOSED SCHEDULE AND ESI PROTOCOL (NO. 2:20-CV-00680-DGE) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

160570156.1
161361700.3
161423121.1