IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOMMY BROWN,<br>    *on their behalf and on behalf of other similarly situated persons*<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSWORLD SYSTEMS, INC., PATENAUDE & FELIX, APC, U.S. BANK, NA. NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2,<br><br>    Defendants. | Case No: 20-cv-00680<br><br>PROPOSED SCHEDULE FOR MOTIONS FOR CLASS CERTIFICATION AND LOAN OWNERSHIP |

PROPOSED SCHEDULE FOR MOTIONS FOR
CLASS CERTIFICATION AND LOAN
OWNERSHIP - 1

PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Pursuant to the Court's minute order dated February 24, 2023, the parties submit the following proposed schedule for bringing a Class Certification Motion and any Dispositive Motion relating to loan ownership:

| Event | Deadline |
|---|---|
| Deadline to Join Additional Parties and to Amend Pleadings | April 19, 2023 |
| Plaintiff's Disclosure of Experts Relating to Class Certification & Disclosure of Available Deposition Dates[1] | August 31, 2023 |
| Defendants' Disclosure of Experts Relating to Class Certification & Disclosure of Available Deposition Dates | October 30, 2023 |
| Discovery Deadline for Class Certification Fact Issues | November 29, 2023 |
| Plaintiff's Disclosure of Rebuttal Experts Re: Class Certification & Disclosure of Available Deposition Dates for Rebuttal Expert | November 29, 2023 |
| Defendants' Disclosure of Rebuttal Experts Re: Class Certification & Disclosure of Available Deposition Dates for Rebuttal Expert | January 5, 2024 |
| Deadline to Complete Expert Depositions | January 28, 2024 |
| Plaintiff's Motion for Class Certification Due | February 27, 2024 |
| Any Defendant May File a Dispositive Motion Relating to Loan Ownership related to Plaintiff Due | February 27, 2024 |
| Defendants' Response to Plaintiff's Motion for Class Certification Due | March 28, 2024 |
| Plaintiff's Response to Any Dispositive Motion Relating to Loan Ownership related to Plaintiff Due | March 28, 2024 |
| Plaintiff's Reply to Motion for Class Certification Due | April 26, 2024 |
| Any Reply on Motion Relating to Loan Ownership related to the Plaintiff Due | April 26, 2024 |
| Hearings on Motion for Class Certification and Trusts' Motion Relating to Loan Ownership | To be set by the Court |
| Class Notice and Opt-Out Period, Expert Disclosures Relating to Merits, Fact Discovery, All Other Dispositive Motions, Pre-Trial and Trial Deadlines | To be set by the Court after ruling on class certification and loan ownership |

---

[1] The disclosure of available deposition dates by each party shall mean that upon disclosure of an expert the disclosing party shall provide four dates their expert is available for deposition at the time the expert's report is disclosed. The opposing party shall have five days to confirm their availability in response. If the opposing party responds within five days the disclosing party agrees to produce its expert for deposition and consider document requests to the expert without a subpoena subject to F.R.C.P. 26 and relevant case law limiting discovery regarding expert reports.

PROPOSED SCHEDULE FOR MOTIONS FOR
CLASS CERTIFICATION AND LOAN
OWNERSHIP - 2

PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  JOINTLY SUBMITTED this 30th day of March, 2023.

2

3  HENRY & DEGRAAFF, P.S.

4  By: /s/ Christina L. Henry                    CONSUMER LAW CENTER, LLC
   Christina L. Henry, WSBA 31273
5  113 Cherry St, PMB 58364                     By: /s/ Phillip Robinson
   Seattle, WA 98104                             Phillip Robinson, Pro Hac Vice
6  Telephone: 206.330.0595                       10125 Colesville Road, Suite 378 Silver Spring,
7  Facsimile: 206.400.7609                       MD 20901
   chenry@HDM-legal.com                          phillip@marylandconsumer.com
8
   Counsel for Plaintiff                         Counsel for Plaintiff
9  BORISON FIRM, LLC                             SESSIONS, ISRAEL & SHARTLE

10
11 By: /s/ Scott Borison                         By: /s/ Bryan C. Shartle, Esq.
   Scott Borison, Pro Hac Vice                   Bryan C. Shartle, Pro Hac Vice
   1900 S. Norfolk St., Suite 350                Justin Homes, Pro Hac Vice
12 San Mateo, CA 94403                           Bradley St. Angelo, Pro Hac Vice
   scott@borisonfirm.com                         3850 North Causeway Boulevard, Suite 200
13                                               Metairie, LA 70002
14 Counsel for Plaintiff                         bshartle@sessions.legal
                                                 jhomes@sessions.legal
15                                               bstangelo@sessions.legal

16                                               Attorneys for Transworld Systems Inc.
17 CORR CRONIN LLP
                                                 JONES DAY
18 By: /s/ Emily J. Harris
   Emily J. Harris, WSBA No. 35763               By: Albert J. Rota
19 Benjamin C. Byers, WSBA No. 52299             Albert J. Rota, Pro Hac Vice
   1001 Fourth Avenue, Suite 3900                2727 North Harwood St.
20 Seattle, WA 98154                             Dallas, TX 75201
   eharris@corrcronin.com                        ajrota@jonesday.com
21 bbyers@corrcronin.com
                                                 Attorneys for U.S. Bank National Association
22 Attorneys for Transworld Systems Inc.

23

24

25

26

PROPOSED SCHEDULE FOR MOTIONS FOR                         PERKINS COIE LLP
CLASS CERTIFICATION AND LOAN                          1201 Third Avenue, Suite 4900
OWNERSHIP - 3                                        Seattle, Washington 98101-3099
                                                         Phone: 206.359.8000
                                                          Fax: 206.359.9000

| | |
|---|---|
| PERKINS COIE LLP | LEE SMART, P.S., INC. |
| By: /s/ Kristine E. Kruger | By: /s/ Marc Rosenberg |
| Kristine E. Kruger, WSBA No. 44612 | Marc Rosenberg, WSBA No. 31034 |
| Thomas N. Abbott, WSBA No. 53024 | 1800 One Convention Place |
| 1201 Third Avenue, Suite 4900 | 701 Pike St. |
| Seattle, WA 98101 | Seattle, WA 98101 |
| Telephone: 206.359.8000 | Mr@leesmart.com |
| Facsimile: 206.359.9000 | |
| KKruger@perkinscoie.com | Attorneys for Patenaude & Felix, APC |
| TAbbott@perkinscoie.com | |

Attorneys for Defendants U.S. Bank National Association, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2

PROPOSED SCHEDULE FOR MOTIONS FOR CLASS CERTIFICATION AND LOAN OWNERSHIP - 4

PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000