UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMY BROWN,<br><br>    Plaintiff,<br>v.<br><br>TRANSWORLD SYSTEMS INC,<br><br>    Defendant. | CASE NO. 2:20-cv-00680-DGE<br><br>ORDER ON MOTION SCHEDULE (DKT. NO. 139) |

This matter comes before the Court on the parties' stipulated motion schedule. (Dkt. No. 139.) The Court hereby ORDERS the following schedule:

| | |
|---|---|
| Plaintiff's disclosure of experts relating to class certification and disclosure of available deposition dates | August 31, 2023 |
| Defendants' disclosure of experts relating to class certification and disclosure of available deposition dates | October 30, 2023 |
| Discovery deadline for class certification fact issues | November 29, 2023 |
| Plaintiff's disclosure of rebuttal experts re: class certification and disclosure of available deposition dates for rebuttal expert | November 29, 2023 |
| Defendants' disclosure of rebuttal experts re: class certification and disclosure of available deposition dates for rebuttal expert | January 5, 2024 |
| Deadline to complete expert depositions | January 28, 2024 |

| | |
|---|---|
| Plaintiff's motion for class certification due | February 27, 2024 |
| Any defendant may file a dispositive motion relating to loan ownership related to Plaintiff due | February 27, 2024 |
| Defendants' response to Plaintiff's motion for class certification due | March 28, 2024 |
| Plaintiff's response to any dispositive motion relating to loan ownership related to Plaintiff due | March 28, 2024 |
| Plaintiff's reply to motion for class certification due | April 26, 2024 |
| Any reply on motion relating to loan ownership related to Plaintiff due | April 26, 2024 |
| Hearing on motion for class certification and Trusts' motion relating to loan ownership | To be set by the Court |
| Class notice and opt-out period, expert disclosures relating to merits, fact discovery, all other dispositive motions, pre-trial and trial deadlines | To be set by the Court after ruling on class certification and loan ownership |

Dated this 17th day of August 2023.

David G. Estudillo
United States District Judge

ORDER ON MOTION SCHEDULE
(DKT. NO. 139) - 2