UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMY BROWN,<br><br>           Plaintiff,<br>     v.<br><br>TRANSWORLD SYSTEMS INC,<br><br>           Defendant. | CASE NO. 2:20-cv-00680-DGE<br><br>ORDER ON MOTION TO EXTEND (DKT. NO. 146) |

This matter comes before the Court on Plaintiff Tommy Brown's Motion for Extension of Time to Extend Deadline to Respond to Defendants' Motion to Deny Class Allegations (Dkt. No. 144). (Dkt. No. 146.)

On August 10, 2023, Defendant Patenaude & Felix APC filed a motion to deny class allegations, properly noting the motion for September 1, 2023 per Local Rule 7(d)(3). (Dkt. No. 144.) On August 17, 2023, Plaintiff moved to extend the noting date from September 1, 2023 to November 10, 2023. (Dkt. No. 145 at 2.) Plaintiff indicates in the Motion that, on August 14,

2023, Defendant "declined Plaintiff's request [via email] stating only '[u]pon consideration, our client is not inclined to continue its [M]otion.'" (*Id.* (citing Dkt. No. 147 at 4).)

On August 22, 2023, Defendant re-noted their motion (Dkt. No. 144) for November 10, 2023. (Dkt. No. 148.) Defendant filed a response to this Motion, stating that "[w]ithout waiving any argument it has made or may assert, . . . [Defendant] has re-noted its motion to November 10, 2023, as requested by Plaintiff." (Dkt. No. 149 at 1.)

Because the motion to deny class allegations was re-noted for November 10, 2023, the instant Motion is now MOOT. (As it appears the parties were promptly able to resolve and agree on a new noting date after the motion was filed, the Court reminds the parties that when conferring they should make good faith attempts to resolve issues before requesting court intervention.)

Dated this 15th day of September 2023.

David G. Estudillo
United States District Judge