THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMY BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., *et al.*,<br><br>        Defendants. | No. 2:20-cv-00680-DGE<br><br>STIPULATED ORDER TO EXTEND CASE DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>OCTOBER 18, 2023 |

**STIPULATION**

      The Parties mutually agree to alter various schedule deadlines, pursuant to Fed. R. Civ. P. 6 and Local Civil Rule 10(g), and for the following reasons, Plaintiff Tommy Brown ("Plaintiff") and Defendants Transworld Systems Inc. ("TSI"), Patenaude & Felix, APC ("P&F), U.S. Bank National Association ("U.S. Bank"), National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-2 (collectively, "the Trusts," and together with TSI, P&F, and U.S. Bank, "Defendants"), hereby stipulate and agree as follows:

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CASE DEADLINES – 1
(No. 2:20-cv-00680-DGE)

164213556.1

1. The Parties previously stipulated to proposed deadlines for Plaintiff's motion for class certification and any dispositive motion relating to loan ownership, which the Court adopted in its Order of April 30, 2023. (Dkt. Nos. 139, 145). Since that stipulation, the Parties have worked together expeditiously to work toward completing the discovery required for Plaintiff's motion for class certification and dispositive motion(s) relating to loan ownership. The Parties have exchanged written discovery, are working to complete document discovery, and conduct multiple depositions. Given the number of defendants and witnesses in the case, the Parties still have a substantial amount of discovery to complete.

2. Accordingly, the Parties have agreed to stipulate to an extension of the current case deadlines to accommodate the remaining discovery as follows:

| EVENT | SCHEDULED DATE | RESCHEDULED DATE |
| --- | --- | --- |
| Defendants' disclosure of experts relating to class certification and disclosure of available deposition dates | October 30, 2023 | January 30, 2024 |
| Hearing Date for Defendant Patenaude & Felix, APC's Motion to Deny Class Allegations (ECF No. 144); (ECF No. 148) | November 10, 2023 | February 12, 2024 |
| Discovery deadline for class certification fact issues | November 29, 2023 | March 1, 2024 |
| Plaintiff's disclosure of rebuttal experts re: class certification and disclosure of available deposition dates for rebuttal expert | November 29, 2023 | March 1, 2024 |

| | | |
|---|---|---|
| Defendants' disclosure of rebuttal experts re: class certification and disclosure of available deposition dates for rebuttal expert | January 5, 2024 | April 5, 2024 |
| Deadline to complete expert depositions | January 28, 2024 | April 29, 2024 |
| Plaintiff's motion for class certification due | February 27, 2024 | May 28, 2024 |
| Any defendant may file a dispositive motion relating to loan ownership related to Plaintiff due | February 27, 2024 | May 28, 2024 |
| Defendants' response to Plaintiff's motion for class certification due | March 28, 2024 | June 28, 2024 |
| Plaintiff's response to any dispositive motion relating to loan ownership related to Plaintiff due | March 28, 2024 | June 28, 2024 |
| Plaintiff's reply to motion for class certification due | April 26, 2024 | July 26, 2024 |
| Any reply on motion relating to loan ownership related to Plaintiff due | April 26, 2024 | July 26, 2024 |
| Hearing on motion for class certification and Trusts' motion relating to loan ownership | To be set by the Court | To be set by the Court |
| Class notice and opt-out period, expert disclosures relating to merits, fact discovery, all other dispositive motions, pre-trial and trial deadlines | To be set by the Court after ruling on class certification and loan ownership, if needed. | To be set by the Court after ruling on class certification and loan ownership, if needed. |

STIPULATION AND [PROPOSED] ORDER TO
EXTEND CASE DEADLINES
(No. 2:20-cv-00680-DGE) –3

164213556.1

The extension of the above deadlines does not alter or modify any other rights or responsibilities of the Parties except as stated herein permitted by law or under the Federal Rules of Civil Procedure, or the Local Civil Rules.

It is so ordered.

Dated this 23rd day of October 2023.

David G. Estudillo
United States District Judge